**Fill in this information to identify the case:**

Debtor name **Amicas Pizza Microbrews & More, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known) **23-16046 TBM**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $2,703,041.97 |
| **For prior year:** From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $2,808,855.92 |
| **For year before that:** From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | $2,632,085.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | **Sale of Real Property** | $243,136.35 |
| **For prior year:** From **1/01/2022** to **12/31/2022** | **Sale of Amicas Stock Shares** | $205,000.00 |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   __Amicas Pizza Microbrews & More, Inc.__        Case number (if known)  __23-16046 TBM__

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Capital Group/American Funds**<br>333 S. Hope Street<br>Los Angeles, CA 90071 | 10/13/23 -<br>10/25/23 | $9,907.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  401K matching<br>contributions |
| 3.2. **Anthem Blue Cross & Blue Shield**<br>P.O. Box 172466<br>Denver, CO 80217 | 10/4/23 | $8,723.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Insurance |
| 3.3. **Breakthru Beverages**<br>P.O. Box 13306<br>900 E. Fayette Street<br>Baltimore, MD 21203 | 10/3/23 -<br>12/19/23 | $11,944.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. **DMKA, LLC**<br>**The Smarter Merchant**<br>1030 Rockford Road<br>High Point, NC 27262 | $8,689.65 per<br>week for<br>past 12<br>weeks | $104,275.80 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. **FORA Financial Advance, LLC**<br>519 8th Avenue<br>Suite 11<br>New York, NY 10018 | $2,209.68 per<br>week for<br>past 10<br>weeks | $22,096.88 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. **Forward Financing**<br>53 State Street<br>20th Floor<br>Boston, MA 02109 | $3,375.00 per<br>week for the<br>past 12<br>weeks | $40,500.00 | ■ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. **Kaizen Management, LLC**<br>**Robert Sloop**<br>743 Avenue East<br>Bayonne, NJ 07002 | 10/4/23 -<br>12/18/23 | $18,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

| Debtor | **Amicas Pizza Microbrews & More, Inc.** | Case number (*if known*) | **23-16046 TBM** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8. **Low, Janet**<br>24102 Jerome Court<br>Golden, CO 80401 | 12/1/23 | $27,695.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Funding for campground purchase** |
| 3.9. **Midvale Indemnity Co.**<br>1 Federal Street<br>Suite 400<br>Boston, MA 02110 | 10/6/23 -<br>12/14/23 | $12,778.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.10. **Northwestern Mutual MU ISA**<br>P.O. Box 2177<br>Portland, OR 97208-2177 | 10/18/23 and<br>11/20/23 | $7,396.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.11. **QFS Capital**<br>110 E. Broward Blvd.<br>Fort Lauderdale, FL 33301-3503 | $13,902.80<br>per week | $27,805.60 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.12. **Shamrock Foods**<br>P.O. Box 910219<br>Denver, CO 80291 | 10/30/23 -<br>12/19/23 | $7,951.27 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.13. **Sysco**<br>5000 Beeler St.<br>Denver, CO 80238 | 10/2/23 -<br>12/21/23 | $146,135.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.14. **Toast**<br>401 Park Drive<br>Suite 801<br>Boston, MA 02215 | 13.2% of<br>Daily Sales | $59,671.56 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.15. **US Foods**<br>Department 597<br>Denver, CO 80271 | 10/2/23 -<br>12/8/23 | $52,423.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor   **Amicas Pizza Microbrews & More, Inc.**                    Case number (if known)   **23-16046 TBM**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.16 **Weaver, Nicholas**<br>**913 Maple Drive**<br>**Salida, CO 81201** | 10/6/23 -<br>11/17/23 | $8,214.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Payroll** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Bowers, Christopher**<br>**205 Sabeta Avenue**<br>**P.O. Box 411**<br>**Poncha Springs, CO 81242**<br>**Shareholder** | 1/1/23 -<br>12/31/23 | $103,823.22 | **Salary** |
| 4.2. **Christy, Donnie**<br>**1040 D Street**<br>**Salida, CO 81201**<br>**Shareholder** | 1/1/23 -<br>12/31/23 | $83,438.32 | **Salary** |
| 4.3. **Falcon, Kristy**<br>**4A Hillside Drive**<br>**Salida, CO 81201**<br>**Shareholder** | 1/1/23 -<br>12/31/23 | $36,452.39 | **Salary** |
| 4.4. **Johan, Kyle**<br>**243 Dodge Street**<br>**Salida, CO 81201**<br>**Shareholder** | 5/4/23 | $3,191.78 | **Services in preparation for opening of restaurant** |
| 4.5. **McGovern Enterprises**<br>**Attn: Mark McGovern**<br>**6976 County Road 107**<br>**Salida, CO 81201**<br>**Spouse of Shareholder of Debtor** | 1/1/23 -<br>12/31/23 | $90,969.43 | **Services for Stoke Buildout and Maintenance** |
| 4.6. **McGovern, John and Ann**<br>**211 Grant Street**<br>**Salida, CO 81201**<br>**Shareholder - John** | 12/1/23 | $11,007.62 | **Loan repayment** |
| 4.7. **McGovern, Mark**<br>**6976 County Road 107**<br>**Salida, CO 81201**<br>**Spouse of Shareholder of Debtor** | February -<br>April 2023 | $12,000.00 | **Reimbursement for mortgage on Campground paid by Mark McGovern, spouse of Whitney McGovern** |
| 4.8. **McGovern, Michael**<br>**211 Grant Street**<br>**Salida, CO 81201**<br>**Former CEO** | 1/1/23 -<br>12/31/23 | $135,415.37 | **Employee Advances, Owner Distributions, Payroll, Expense Reimbursement** |

Debtor **Amicas Pizza Microbrews & More, Inc.**          Case number *(if known)* **23-16046 TBM**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.9. **McGovern, Whitney**<br>6976 CR 107<br>Salida, CO 81201<br>**Shareholder** | 1/1/23 -<br>12/31/23 | $104,023.10 | **Salary** |
| 4.10 **Moles, Lensi (McGovern)**<br>211 Grant Street<br>Salida, CO 81201<br>**Spouse of former Shareholder of Debtor** | March - June<br>2023 | $7,650.00 | **Advertising and cleaning** |
| 4.11 **Nay, John**<br>8909 CR 120<br>Salida, CO 81201<br>**Shareholder** | 1/1/23 -<br>12/31/23 | $37,535.41 | **Salary** |
| 4.12 **Ottesen, Mark**<br>P.O. Box 461<br>Salida, CO 81201<br>**Shareholder** | 1/1/23 -<br>12/31/23 | $3,136.58 | **Payroll** |
| 4.13 **Treat, Johnathan**<br>7021 CR 104<br>Salida, CO 81201<br>**Shareholder** | 1/1/23 -<br>12/31/23 | $31,929.95 | **Salary** |
| 4.14 **Younghans, Kathie**<br>1802 Anita Drive<br>Austin, TX 78704<br>**Shareholder** | 9/22/23 -<br>reimbursement of Capital One payment ($1000)<br>12/8/23 -<br>Reimbursement for legal fees ($5000)<br>1/1/23 -<br>6/30/23 -<br>payroll ($13,100) | $19,100.00 | **Reimbursement of payment made to Capital One, reimbursement of legal fees and payroll** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ **None**

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ **None**

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

Debtor   **Amicas Pizza Microbrews & More, Inc.**          Case number (if known) **23-16046 TBM**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<div style="background:black;color:white;padding:2px;">Part 4:   Certain Gifts and Charitable Contributions</div>

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Chaffee County United Soccer Club** | **Donation** | **8/14/23** | **$1,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.2. | **Crestone Performances**<br>**P.O. Box 6**<br>**Crestone, CO 81131** | **Donation** | **12/13/22** | **$2,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.3. | **Fibark**<br>**P.O. Box 762**<br>**Salida, CO 81201** | **Donation** | **6/8/22** | **$17,040.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.4. | **Fibark**<br>**P.O. Box 762**<br>**Salida, CO 81201** | **Donation** | **6/15/23** | **$10,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.5. | **Full Circle Alliance SOIL**<br>**Sangre De Cristo**<br>**P.O. Box 868**<br>**Salida, CO 81201** | **Donation** | **6/16/22** | **$1,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |

Debtor   **Amicas Pizza Microbrews & More, Inc.**                    Case number *(if known)*   **23-16046 TBM**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.6. | **Rok Skool**<br>**1239 D Street**<br>**Salida, CO 81201** | **Donation** | **4/4/23** | **$1,000.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.7. | **Salida High School**<br>**26 Jones Avenue**<br>**Salida, CO 81201** | **Donation** | **9/2/22** | **$2,000.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.8. | **Salida High School**<br>**26 Jones Avenue**<br>**Salida, CO 81201** | **Donation** | **10/20/23** | **$1,000.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 108A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **$3000 was stolen from the safe at Amicas** | **None** | **July 2023** | **$3,000.00** |

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **Amicas Pizza Microbrews & More, Inc.**          Case number (if known)   **23-16046 TBM**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **Allen Vellone Wolf Helfrich & Factor, PC 1600 Stout Street Suite 1900 Denver, CO 80202** | | **12/19/23** | **$25,000.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

Debtor   **Amicas Pizza Microbrews & More, Inc.**   Case number (if known) **23-16046 TBM**

16. Does the debtor collect and retain personally identifiable information of customers?

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | High Country Bank<br>7360 W. Highway 50<br>P.O. Box 309<br>Salida, CO 81201 | XXXX-3303 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 12/6/23 | $102,287.56 |
| 18.2. | High Country Bank<br>7360 W. Highway 50<br>P.O. Box 309<br>Salida, CO 81201 | XXXX-7705 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 12/6/23 | $13,049.57 |
| 18.3. | High Country Bank<br>7360 W. Highway 50<br>P.O. Box 309<br>Salida, CO 81201 | XXXX-6304 | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 12/6/23 | $0.00 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor   **Amicas Pizza Microbrews & More, Inc.**          Case number *(if known)*   **23-16046 TBM**

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Chelf Self Storage** **724 J Street** **Monroe, LA 71201** | **Debtor** | **Summer tent, catering equipment, and extra chairs and tables** | ☐ No ■ Yes |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. | |
|---|---|---|---|
| | | Dates business existed | |

Debtor   **Amicas Pizza Microbrews & More, Inc.**                    Case number *(if known)*   **23-16046 TBM**

| Business name address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1. **720 Hwy 50, LLC**<br>**720 E. Hway 50**<br>**Salida, CO 81201** | **Holding company for real property where Stoke BBQ operated its business. Debtor has a 30% ownership interest in the LLC.** | EIN:<br><br>**From-To   12/2022** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **ASAP Accounting & Payroll, Inc.**<br>**220 E. Colorado Avenue**<br>**#219**<br>**Telluride, CO 81435** | **2022 bookkeeping services** |
| 26a.2.   **Dalby Wendland & Co., P.C.**<br>**1544 Oxbow Drive**<br>**Suite 101**<br>**Montrose, CO 81401** | **2022 - 2023 accounting services** |
| 26a.3.   **Donnie Christy**<br>**1040 D Street**<br>**Salida, CO 81201** | **1/1/23 - present bookkeeping and Board Treasurer** |
| 26a.4.   **Robert Sloop/Kaizen Management, LLC**<br>**743 Avenue E**<br>**Bayonne, NJ 07002** | **1/1/23 - present consultant bookkeeper** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Dalby Wendland & Co., P.C.**<br>**1544 Oxbow Drive**<br>**Suite 101**<br>**Montrose, CO 81401** | |
| 26c.2.   **Donnie Christy**<br>**1040 D Street**<br>**Salida, CO 81201** | |
| 26c.3.   **Robert Sloop/Kaizen Management LLC**<br>**743 Avenue E**<br>**Bayonne, NJ 07002** | |
| 26c.4.   **All Board Members have access to books and records** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Debtor | __Amicas Pizza Microbrews & More, Inc.__ | Case number (if known) __23-16046 TBM__ |
|---|---|---|

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bowers, Christopher | 205 Sabeta Avenue P.O. Box 411 Poncha Springs, CO 81242 | Shareholder | 7% |
| McGovern, Michael | 211 Grant Street Salida, CO 81201 | Former CEO and Former Shareholder | 21% |
| McGovern, Whitney | 6776 CR 107 Salida, CO 81201 | Shareholder | 16% |
| Tubbs, Dwight | 638 W. Highway 12 Center, CO 81125 | Shareholder | 10% |
| Younghans, Kathie | 1802 Anita Drive Austin, TX 78704 | Shareholder | 12% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| McGovern, Michael | 211 Grant Street Salida, CO 81201 | CEO/CFO President/Owner | October 2020 - 12/4/23 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor   **Amicas Pizza Microbrews & More, Inc.**                          Case number *(if known)*   **23-16046 TBM**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1   **See Answers to Question 4 Above** | | | |
| **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                                Employer Identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Name of the pension fund                                       Employer Identification number of the pension fund

---

**Part 14:   Signature and Declaration**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __January 12, 2024__

__/s/ Christopher Bowers__                          __Christopher Bowers__
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   __President of Board of Directors__

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name    **Amicas Pizza Microbrews & More, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    **23-16046 TBM**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:**    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     1a. **Real property:**
       Copy line 88 from *Schedule A/B*.........................................................................................    $    1,800,000.00

     1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.....................................................................................    $    174,187.73

     1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.......................................................................................    $    1,974,187.73

**Part 2:**    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................................    $    3,883,089.73

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $    16,471.44

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................    +$    2,054,515.38

4.    **Total liabilities** ..................................................................................
     Lines 2 + 3a + 3b    $    5,954,076.55

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|

| Debtor name | **Amicas Pizza Microbrews & More, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | **23-16046 TBM** |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 2. | **Cash on hand** | | | $8,696.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **High Country Bank** | **Checking** | 0401 | $830.80 |
| 3.2. | **High Country Bank** | **Savings** | 1906 | $1.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$9,527.80

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. Does the debtor have any accounts receivable?

■ No. Go to Part 4.

Debtor   **Amicas Pizza Microbrews & More, Inc.**          Case number *(If known)*  **23-16046 TBM**
_____
Name

☐ Yes Fill in the information below.

---

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | Mutual funds or publicly traded stocks not included in Part 1<br>Name of fund or stock: | | |
| 15. | Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture<br>Name of entity:  % of ownership | | |
| 15.1. | **30% ownership interest in 720 Highway 50, LLC**   **30**  % | | Unknown |

| 16. | Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1<br>Describe: | | |
|---|---|---|---|

| 17. | Total of Part 4.<br>Add lines 14 through 16.  Copy the total to line 83. | | **$0.00** |
|---|---|---|---|

---

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  Raw materials | | | | |
| 20.  Work in progress | | | | |
| 21.  Finished goods, including goods held for resale | | | | |
| 22.  Other inventory or supplies<br>**Beer, Liquor and Food Inventory and Supplies** | | **$0.00** | | **$27,909.93** |

| 23. | Total of Part 5.<br>Add lines 19 through 22.  Copy the total to line 84. | | **$27,909.93** |
|---|---|---|---|

**24. Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

| Debtor | **Amicas Pizza Microbrews & More, Inc.** | Case number *(If known)* **23-16046 TBM** |
|---|---|---|
| | Name | |

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture | | | |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software **2 Dell Office Computers, 2 HP Printers/Scanners, 3 Monitors** | $0.00 | | $750.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $750.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. | **2004 Chevrolet Express Cargo Van** | $0.00 | | $4,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Debtor   **Amicas Pizza Microbrews & More, Inc.**          Case number *(if known)* **23-16046 TBM**
Name

**49.** Aircraft and accessories

**50.** Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)
   Restaurant machinery and equipment          $0.00                    $120,000.00

**51.** Total of Part 8.                                                          | $124,000.00 |
   Add lines 47 through 50. Copy the total to line 87.

**52.** Is a depreciation schedule available for any of the property listed in Part 8?
   ■ No
   ☐ Yes

**53.** Has any of the property listed in Part 8 been appraised by a professional within the last year?
   ■ No
   ☐ Yes

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ■ Yes Fill in the information below.

**55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1.  127 F Street, Salida, CO<br>Amicas Commercial Property | | $0.00 | | $1,800,000.00 |

**56.** Total of Part 9.                                                          | $1,800,000.00 |
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

**57.** Is a depreciation schedule available for any of the property listed in Part 9?
   ■ No
   ☐ Yes

**58.** Has any of the property listed in Part 9 been appraised by a professional within the last year?
   ■ No
   ☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.
   ■ Yes Fill in the information below.

Debtor   **Amicas Pizza Microbrews & More, Inc.**
Name                 Case number *(if known)* __23-16046 TBM__

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| Amicas Pizza name and logo | $0.00 | | $10,000.00 |
| Stoke BBQ name and logo | $0.00 | | $2,000.00 |

61.     Internet domain names and websites

62.     Licenses, franchises, and royalties

63.     Customer lists, mailing lists, or other compilations

64.     Other intangibles, or intellectual property

65.     Goodwill

66.     Total of Part 10.                                       $12,000.00

      Add lines 60 through 65. Copy the total to line 89.

67.     Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?
      ■ No
      ☐ Yes

68.     Is there an amortization or other similar schedule available for any of the property listed in Part 10?
      ■ No
      ☐ Yes

69.     Has any of the property listed in Part 10 been appraised by a professional within the last year?
      ■ No
      ☐ Yes

| Part 11: | All other assets |
|---|---|

70. Does the debtor own any other assets that have not yet been reported on this form?
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ☐ No. Go to Part 12.
      ■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. Notes receivable Description (include name of obligor) | |
| 72. Tax refunds and unused net operating losses (NOLs) Description (for example, federal, state, local) | |
| 73. Interests in insurance policies or annuities Northwestern Mutual term life policy on Michael McGovern | $0.00 |

74.     Causes of action against third parties (whether or not a lawsuit has been filed)

75.     Other contingent and unliquidated claims or causes of action of

Debtor    __Amicas Pizza Microbrews & More, inc.__      Case number *(if known)* __23-16046 TBM__
         Name

     **every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

       Add lines 71 through 77. Copy the total to line 90.

| $0.00 |
| --- |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

Debtor  **Amicas Pizza Microbrews & More, Inc.**
Name

Case number *(if known)*  **23-16046 TBM**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,527.80 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $27,909.93 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $750.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $124,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................................> | | $1,800,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $12,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $174,187.73 | + 91b. $1,800,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,974,187.73 |

Schedule A/B Assets - Real and Personal Property

**Fill in this information to identify the case:**

Debtor name **Amicas Pizza Microbrews & More, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known) **23-16046 TBM**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1 DMKA, LLC**<br>Creditor's Name<br>**The Smarter Merchant**<br>**1030 Rockford Road**<br>**High Point, NC 27262-3606**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Loan secured by accounts receivable (subordinated to High Country Bank)**<br><br>Describe the lien | **$162,257.00** | **$0.00** |

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**October 3, 2023**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

| | | | |
|---|---|---|---|
| **2.2 FORA Financial Advance, LLC**<br>Creditor's Name<br>**242 W. 36th Street**<br>**14th Floor**<br>**New York, NY 10018**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Loan secured by accounts receivable (subordinated to High Country Bank)**<br><br>Describe the lien | **$88,387.04** | **$0.00** |

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**June 14, 2023**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 7

| Debtor | **Amicas Pizza Microbrews & More, Inc.** | Case number (if known) | **23-16046 TBM** |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Forward Financing** | Describe debtor's property that is subject to a lien | $54,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**53 State Street
20th Floor
Boston, MA 02109**
Creditor's mailing address

**Loan secured by accounts
(subordinated to High Country Bank)**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred
**August 7, 2023**

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**6950**

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | High Country Bank | Describe debtor's property that is subject to a lien | $1,365,558.88 | $1,800,000.00 |
|---|---|---|---|---|

Creditor's Name

**7360 W. Highway 50
P.O. Box 309
Salida, CO 81201**
Creditor's mailing address

**127 F Street, Salida, CO
Amicas Commercial Property**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
☐ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**March 2018**

Last 4 digits of account number
**5101**

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | High Country Bank | Describe debtor's property that is subject to a lien | $330,000.00 | $54,187.73 |
|---|---|---|---|---|

Creditor's Name

**7360 W. Highway 50
P.O. Box 309
Salida, CO 81201**
Creditor's mailing address

**Line of Credit secured by all personal
property plus cross-collateralized with the
real property located at 127 F Street, Salida,
CO**

Describe the lien
**Lien**

---

| Debtor | **Amicas Pizza Microbrews & More, Inc.** | | Case number (if known) | **23-16046 TBM** |
|---|---|---|---|---|
| | Name | | | |

---

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **High Country Bank** | Describe debtor's property that is subject to a lien | $131,291.92 | $120,000.00 |
|---|---|---|---|---|

Creditor's Name

**7360 W. Highway 50**
**P.O. Box 309**
**Salida, CO 81201**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**March 2023**
Last 4 digits of account number
**8405**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Loan secured by equipment**

**Describe the lien**
Lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **QFS Capital, LLC** | Describe debtor's property that is subject to a lien | $647,054.85 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**7901 4th Street N**
**Suite 13070**
**Saint Petersburg, FL 33702**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Loan**
**Merchant Agreement**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| Debtor | **Amicas Pizza Microbrews & More, Inc.** | Case number (if known) | **23-16046 TBM** |
|---|---|---|---|
| | Name | | |

| **2.8** | **State of Colorado** | **Describe debtor's property that is subject to a lien** | **$46,963.70** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Department of Revenue**
**1881 Pierce Street**
**Entrance B**
**Lakewood, CO 80214**

Creditor's mailing address

**Sales Taxes**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**November 2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.9** | **Toast** | **Describe debtor's property that is subject to a lien** | **$233,871.07** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**401 Park Drive**
**Suite 801**
**Boston, MA 02215**

Creditor's mailing address

**Loan secured by accounts**
**(subordinated to High Country Bank)**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**August 2023**
**Last 4 digits of account number**
**3740**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.10** | **Toast** | **Describe debtor's property that is subject to a lien** | **$106,246.75** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**401 Park Drive**
**Suite 801**
**Boston, MA 02215**

Creditor's mailing address

**Loan secured by accounts**
**(subordinated to High Country Bank)**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No

**Date debt was incurred**

Debtor   **Amicas Pizza Microbrews & More, Inc.**
_____
  Name

Case number (if known)   **23-16046 TBM**

**October 2023**
Last 4 digits of account number
**1429**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **U.S. Small Business Administration** | | $530,543.52 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**through High Country Bank
CESC-Covid Eidl Service
Center
14925 Kingsport Road
Fort Worth, TX 76155**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**July 2020**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**SBA Loan secured by accounts, inventory,
equipment and general intangibles**
_____

Describe the lien
**Lien**
_____
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Wall Holdings, LLC** | | $25,950.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**42965 W. Magic Moment Dr.
Maricopa, AZ 85138**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**12/21/22**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Restaurant Equipment
(subordinated to High Country Bank)**
_____

Describe the lien
_____
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| Debtor | Amicas Pizza Microbrews & More, Inc. | | Case number (if known) | 23-16046 TBM |
|---|---|---|---|---|
| | Name | | | |

| 2.1 3 | | | | |
|---|---|---|---|---|

**Wellen Capital, LLC**
Creditor's Name

**872 S. Milwaukee Avenue #289**
**Libertyville, IL 60048**
Creditor's mailing address



Creditor's email address, if known

**Date debt was incurred**
**November 2023**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Loan secured by accounts (subordinated to High Country Bank)**            $160,965.00            $0.00

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $3,883,089.73 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corporation Service Company**<br>P.O. Box 2576<br>Springfield, IL 62708 | Line  2.2 | |
| **Fora Financial Advance, LLC**<br>519 8th Avenue<br>Suite 11<br>New York, NY 10018 | Line  2.2 | |
| **Fora Financial Advance, LLC**<br>1385 Broadway<br>15th Floor<br>New York, NY 10018 | Line  2.2 | |
| **High Country Bank**<br>7360 W. Highway 50<br>P.O. Box 309<br>Salida, CO 81201 | Line  2.11 | |
| **John C. Leininger, Esq.**<br>Otteson Shapiro LLP<br>4851 LBJ Freeway, Suite 650<br>Dallas, TX 75244 | Line  2.4 | |
| **John C. Leininger, Esq.**<br>Otteson Shapiro LLP<br>4851 LBJ Freeway, Suite 650<br>Dallas, TX 75244 | Line  2.5 | |

| Debtor | Amicas Pizza Microbrews & More, Inc. | Case number (if known) | 23-16046 TBM |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| John C. Leininger, Esq.<br>Otteson Shapiro LLP<br>4851 LBJ Freeway, Suite 650<br>Dallas, TX 75244 | Line __2.11__ | |
| Law Office of Isaac H. Greenfield, PLLC<br>2 Executive Blvd.<br>Suite 305<br>Suffern, NY 10901 | Line __2.13__ | |
| WebBank<br>215 S. State Street<br>Suite 1000<br>Salt Lake City, UT 84111 | Line __2.9__ | |
| WebBank<br>215 S. State Street<br>Suite 1000<br>Salt Lake City, UT 84111 | Line __2.10__ | |
| Wellen Capital, LLC<br>600 W. Jackson Blvd.<br>Suite 750<br>Chicago, IL 60661 | Line __2.13__ | |

**Fill in this information to identify the case:**

Debtor name __Amicas Pizza Microbrews & More, Inc.__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) __23-16046 TBM__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$16,471.44** | **$16,471.44** |

Date or dates debt was incurred
**November 2023**

Basis for the claim:
**941 taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**Alsco -Denver Linen**<br>**5090 Cook Street**<br>**Denver, CO 80216**<br>Date(s) debt was incurred __12/19/23__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Vendor__<br>Is the claim subject to offset? ■ No ☐ Yes | **$296.35** |

| 3.2 | Nonpriority creditor's name and mailing address<br>**Anderson Law Group**<br>**7385 W. Highway 50**<br>**Salida, CO 81201**<br>Date(s) debt was incurred __November 2023__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Legal Services__<br>Is the claim subject to offset? ■ No ☐ Yes | **$120.00** |

51589

| Debtor | **Amicas Pizza Microbrews & More, Inc.** | Case number (if known) | **23-16046 TBM** |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,564.00** |
|---|---|---|---|

**Breakthru Beverages**
P.O. Box 13306
Baltimore, MD 21203

Date(s) debt was incurred **December 2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42.50** |
|---|---|---|---|

**Buena Vista Roastery**
215 Tablor Street
P.O. Box 4950
Buena Vista, CO 81211

Date(s) debt was incurred **December 2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$101,291.88** |
|---|---|---|---|

**Capital One**
P.O. Box 60519
City of Industry, CA 91716-0519

Date(s) debt was incurred **June 2002 - present**

Last 4 digits of account number **1054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$430.00** |
|---|---|---|---|

**Chaffee County Public Health**
448 E. 1st Street
Suite 137
Salida, CO 81201

Date(s) debt was incurred **11/14/23**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$564.00** |
|---|---|---|---|

**Chaffee County Waste**
P.O. Box 7257
Woodland Park, CO 80863

Date(s) debt was incurred **December 2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125.00** |
|---|---|---|---|

**Chelf Enterprises, LLP**
P.O. Box 187
Salida, CO 81201

Date(s) debt was incurred **December 2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41.54** |
|---|---|---|---|

**Colorado Compressed Gases**
734 Blake Street
Salida, CO 81201

Date(s) debt was incurred **November 2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Amicas Pizza Microbrews & More, Inc.** | Case number (if known) | **23-16046 TBM** |
|---|---|---|---|
| | Name | | |

---

**3.10** Nonpriority creditor's name and mailing address
**Colorado Summit Realty**
135 F Street
Salida, CO 81201

Date(s) debt was incurred **November 2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ☒ No ☐ Yes

**$200.00**

---

**3.11** Nonpriority creditor's name and mailing address
**Crestone Eagle Community Media, Inc.**
P.O. Box 101
81131

Date(s) debt was incurred **Nov. and Dec. 2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

**$83.00**

---

**3.12** Nonpriority creditor's name and mailing address
**CTS Distributing, Inc.**
5050 Osage Street
Denver, CO 80221

Date(s) debt was incurred **December 2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

**$939.05**

---

**3.13** Nonpriority creditor's name and mailing address
**Dalby, Wendland CPAs**
1544 Oxbow Drive
Suite 101
Montrose, CO 81402

Date(s) debt was incurred **December 2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounting services**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,500.00**

---

**3.14** Nonpriority creditor's name and mailing address
**Definit**
2201 Timberloch Place
Suite 10
Spring, TX 77380

Date(s) debt was incurred **10/23/23**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

**$452.91**

---

**3.15** Nonpriority creditor's name and mailing address
**DirectTV**
Business Service Center
P.O. Box 410347
Charlotte, NC 28241

Date(s) debt was incurred **December 2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Satellite Television**

Is the claim subject to offset? ☒ No ☐ Yes

**$9,763.55**

---

**3.16** Nonpriority creditor's name and mailing address
**Dirt Bags, LLC**
6820 County Road 104
Lot 12
Salida, CO 81201

Date(s) debt was incurred **December 2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ☒ No ☐ Yes

**$739.50**

---

| Debtor | **Amicas Pizza Microbrews & More, Inc.** | Case number (if known) | **23-16046 TBM** |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$432.00**

**Durango oad Company, Inc.**
**284 Sawyer Drive**
**Suite A**
**Durango, CO 81303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$74,950.00**

**E Advance Services**
**370 Lexington Avenue**
**Suite 801**
**New York, NY 10017**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **November 1, 2023**

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40.00**

**Elements Mountain Compost**
**P.O. Box 504**
**Salida, CO 81201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$370.20**

**Elite Brands of Colorado**
**4780 Holly Street**
**Denver, CO 80216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,935.67**

**English Spanish Marketing**
**P.O. Box 1079**
**Salida, CO 81201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2023**

Basis for the claim:  **Marketing and Web Design**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$835,179.51**

**High Country Bank**
**7360 W. Highway 50**
**P.O. Box 309**
**Salida, CO 81201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2022**

Basis for the claim:  **Loan guarantee for 720 Hwy 50, LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$508,791.60**

**High Country Bank**
**7360 W. Highway 50**
**P.O. Box 309**
**Salida, CO 81201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Guarantee of loan on 9677 County Road 120, Salida, CO**

Last 4 digits of account number  **9401**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Amicas Pizza Microbrews & More, Inc.** | Case number (if known) | **23-16046 TBM** |
|---|---|---|---|
| | Name | | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$394.90** |
|---|---|---|---|

**Innermountain Distributing**
**P.O. Box 650**
**New Castle, CO 81647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **December 2023**

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.68** |
|---|---|---|---|

**Italco Food Product**
**1340 S. Cherokee Street**
**Denver, CO 80223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **December 2023**

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,800.00** |
|---|---|---|---|

**Laundromat**
**230 E. 1st Street**
**Salida, CO 81201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **December**

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$306.00** |
|---|---|---|---|

**Maverick Beverage Co.**
**14704 E. 33rd Place**
**Suite C**
**Aurora, CO 80011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **December**

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,994.24** |
|---|---|---|---|

**McGovern Enterprises**
**Attn:  Mark McGovern**
**6976 County Road 107**
**Salida, CO 81201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **December 2023**

Basis for the claim: **Maintenance and building construction**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**McGovern, Michael**
**211 Grant Street**
**Salida, CO 81201**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: **Former CEO**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$139.99** |
|---|---|---|---|

**Orkin Pest Control**
**P.O. Box 740300**
**Cincinnati, OH 45274-0300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **December 2023**

Basis for the claim: **Pest Control**

Last 4 digits of account number **6453**

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **Amicas Pizza Microbrews & More, Inc.** | Case number (if known) | **23-16046 TBM** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,935.00** |
| | **Salida Clinic** | ☐ Contingent | |
| | **920 Rush Drive** | ☐ Unliquidated | |
| | **Salida, CO 81201** | ☐ Disputed | |
| | Date(s) debt was incurred  **December** | Basis for the claim:  **Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$280.26** |
| | **Salida Utilities** | ☐ Contingent | |
| | **448 E. First Street** | ☐ Unliquidated | |
| | **Suite 112** | ☐ Disputed | |
| | **Salida, CO 81201** | | |
| | Date(s) debt was incurred  **December** | Basis for the claim:  **Utilities** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,422.67** |
| | **Shamrock Foods Company** | ☐ Contingent | |
| | **P.O. Box 9333534** | ☐ Unliquidated | |
| | **Atlanta, GA 31193-3534** | ☐ Disputed | |
| | Date(s) debt was incurred  **December** | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,675.00** |
| | **Soulcraft Brewing** | ☐ Contingent | |
| | **248 W. Highway 50** | ☐ Unliquidated | |
| | **Salida, CO 81201** | ☐ Disputed | |
| | Date(s) debt was incurred  **December** | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$615.41** |
| | **Southern Glazier's of Co** | ☐ Contingent | |
| | **22800 E 19th Ave** | ☐ Unliquidated | |
| | **Aurora, CO 80019** | ☐ Disputed | |
| | Date(s) debt was incurred  **December 2023** | Basis for the claim:  **Beverage Vendor** | |
| | Last 4 digits of account number  **6851** | Is the claim subject to offset? ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$578.70** |
| | **Swire Coca-Cola USA** | ☐ Contingent | |
| | **12634 S. 265 West** | ☐ Unliquidated | |
| | **Draper, UT 84020** | ☐ Disputed | |
| | Date(s) debt was incurred  **December 2023** | Basis for the claim:  **Beverage Vendor** | |
| | Last 4 digits of account number  **7535** | Is the claim subject to offset? ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,792.66** |
| | **Sysco** | ☐ Contingent | |
| | **5000 Beeler St.** | ☐ Unliquidated | |
| | **Denver, CO 80238** | ☐ Disputed | |
| | Date(s) debt was incurred  **December 2023** | Basis for the claim:  **Food Vendor** | |
| | Last 4 digits of account number  **7167** | Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | **Amicas Pizza Microbrews & More, Inc.** | Case number (if known) | **23-16046 TBM** |
|---|---|---|---|
| | Name | | |

---

**3.38** | Nonpriority creditor's name and mailing address

**US Foods**
**Department 597**
**Denver, CO 80271**

Date(s) debt was incurred **December 2023**

Last 4 digits of account number **9764**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Food Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

**$41,127.61**

---

**3.39** | Nonpriority creditor's name and mailing address

**Younghans, Kathie**
**1802 Anita Drive**
**Austin, TX 78704**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Indemnification claim - guarantor on Capital One business credit card and High Country Bank line of credit loan**

Is the claim subject to offset? ☑ No ☐ Yes

**$400,000.00**

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Capital One Direct Banking**<br>**P.O. Box 85095**<br>**Richmond, VA 23285-5095** | Line **3.5**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Internal Revenue Service**<br>**Ogden, UT 84201-0039** | Line **2.1**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **John C. Leininger, Esq.**<br>**Otteson Shapiro LLP**<br>**4851 LBJ Freeway, Suite 650**<br>**Dallas, TX 75244** | Line **3.22**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **John C. Leininger, Esq.**<br>**Otteson Shapiro LLP**<br>**4851 LBJ Freeway, Suite 650**<br>**Dallas, TX 75244** | Line **3.23**<br><br>☐ Not listed. Explain ____ | __ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ **16,471.44** |
| 5b. Total claims from Part 2 | 5b.  + | $ **2,054,515.38** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ **2,070,986.82** |

| Fill in this information to identify the case: |
|---|

Debtor name **Amicas Pizza Microbrews & More, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known) **23-16046 TBM**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest   **Commercial Lease dated 1/31/23 Monthly Payment: $9,545.74** |  |
| State the term remaining   **9 years** |  |
| List the contract number of any government contract _____ | **720 Hwy 50, LLC 720 E. Hwy 50 Salida, CO 81201** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Amicas Pizza Microbrews & More, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | **23-16046 TBM** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, **Schedules D-G**. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **720 Hwy 50, LLC** | **502 E. Rainbow Blvd.** **Salida, CO 81201** | **High Country Bank** | ☐ D _____ ☑ E/F __3.22__ ☐ G _____ |
| 2.2 | **Kathie Younghans** | | **High Country Bank** | ☑ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Kathie Younghans** | | **Capital One** | ☐ D _____ ☑ E/F __3.5__ ☐ G _____ |
| 2.4 | **Mas Amor, LLC** | **9677 County Road 120** **Salida, CO 81201** | **High Country Bank** | ☐ D _____ ☑ E/F __3.23__ ☐ G _____ |
| 2.5 | **Michael McGovern** | **211 Grant Street** **Salida, CO 81201** | **DMKA, LLC** | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |

Official Form 206H                    Schedule H: Your Codebtors                    Page 1 of 2

| Debtor | **Amicas Pizza Microbrews & More, Inc.** | | Case number *(if known)* | **23-16046 TBM** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* Codebtor                                          *Column 2:* Creditor

| 2.6 | Michael McGovern | 211 Grant Street Salida, CO 81201 | Forward Financing | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.7 | Michael McGovern | 211 Grant Street Salida, CO 81201 | QFS Capital, LLC | ■ D __2.7__ ☐ E/F ____ ☐ G ____ |
| 2.8 | Michael McGovern | 211 Grant Street Salida, CO 81201 | E Advance Services | ☐ D ____ ■ E/F __3.18__ ☐ G ____ |

Fill in this information to identify the case:

Debtor name    **Amicas Pizza Microbrews & More, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    **23-16046 TBM**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

 **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>**January 12, 2024**</u>

X *Isl* **Christopher Bowers**
Signature of individual signing on behalf of debtor

**Christopher Bowers**
Printed name

**President of Board of Directors**
Position or relationship to debtor

Official Form 202      **Declaration Under Penalty of Perjury for Non-Individual Debtors**